PATRICIA L. McCABE, CSBN 156634
Law Offices of Patricia L. McCabe
4100 W Alameda Ave., 3RD Floor, Ste. 301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
ZARINA AZIMOV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZARINA AZIMOV | Case No. 2:24-cv-02246-PD |
| Plaintiff, | |
| | ORDER FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. §§ 2412(d), 1920 |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security | Judge: Honorable Patricia Donahue |
| Defendant. | |

Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412(d) (EAJA), IT IS ORDERED that attorney fees in the amount of $574.86, and costs in the amount of $405.00, be paid to Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the above-referenced Stipulation.

Date:  September 11, 2024

_____
PATRICIA DONAHUE
United States Magistrate Judge